UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DYLAN MICHAEL SIMPSON,

                    Plaintiff,

        -against-

THE FIELDS COMMUNICATION
COMMISION,

                    Defendant.

26-cv-2674 (KMW)

CIVIL JUDGMENT

For the reasons stated in the April 27, 2026, order, the Court dismisses this action as frivolous.

This Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal.

SO ORDERED.


Dated:    April 30, 2026
          New York, New York


                                    /s/ Kimba M. Wood
                                    KIMBA M. WOOD
                                    United States District Judge